Exhibit A



THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

James A. Kadamus, Deputy Commissioner
Office for Elementary, Middle, Secondary and Continuing Education
Room 875 EBA                                (518) 474-5915

# School Superintendent's Certification of Data

**To:**  James A. Kadamus
Deputy Commissioner

I have reviewed the *Summary of Violent and Disruptive Incidents* form for July 1, 2003 through June 30, 2004 for each school in my district. I certify that the data contained in each school *Summary of Violent and Disruptive Incident* form accurately reflect violent and disruptive incidents that occurred at the school during the 2003-04 school year. I understand that the data will be used to generate statistics for federal and State legislated reports and will also be used to identify Persistently Dangerous Schools, pursuant to No Child Left Behind (NCLB).

_____
Superintendent's Signature and Date

RECEIVED

MAY 1 0 2005

New York State Education Department
Information and Reporting Services

*Dodge  Watkins*
Superintendent's Name (Please print.)

*HAVERSTRAW-Stony Point CSD*
School District Name and BEDS Code

*50-02-01-06 - 0000*

_____
Time/Date Stamp

# SUMMARY OF VIOLENT AND DISRUPTIVE INCIDENTS
## July 1, 2003 Through June 30, 2004

**School Name:** North Rockland High School

**BEDS Code:** 50-02-01-06-0009

Each incident must be reported in *only* one category. If the incident involves more than one category, report it in the category with the lowest number. For example, if an incident involves a robbery (Category 7) and an assault with physical injury (Category 5), report the incident in Category 5. Category definitions are in the *Glossary of Terms Used in Reporting Violent and Disruptive Incidents*. Categories 1–8 should be used to report incidents involving physical injury or threat of injury, with or without the use of a weapon (except arson). Incidents in these categories must be reported regardless of whether or not the offender was disciplined or referred to law enforcement. Categories 9, and 11–15 should be used to report incidents that involve a threat of injury or disrupt the educational process and are serious enough to lead to a disciplinary or referral action listed in Columns j–o. Incidents in Categories 9, and 11–15 that did not result in such action should not be reported on this form unless the incident involved weapons. However, reports of alleged incidents of intimidation, harassment, menacing, or bullying that did not result in a disciplinary action must be reported in Item 2. Incidents for which no offender has been identified must be reported. Categories 16 and 17 must be used to report incidents that involve weapons possession or the possession, use, or sale of drugs or alcohol but that are not reportable in categories 1–15. All incidents in Categories 16 and 17 must be reported.

## Violent and Disruptive Incidents

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | Number of Incidents | | | How many enrolled student offenders were assigned or referred to: (Report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol /Drugs (h) | On School Transpor-tation (i) | Counseling Treatment Programs (j) | Teacher Removal (Section 3214) (k) | Suspension From Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforce-ment or Juvenile Justice (o) |
| **Incidents Involving Physical Injury or the Threat of Injury, With or Without the Use of a Weapon** | | | | | | | | | | | | | | | |
| Homicide | | | | | | | | | | | | | | | |
| With weapon(s) | | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **2. Sexual Offenses** *Involving forcible compulsion and sexual intercourse, oral sexual contact, and sexual contact or aggravated sexual contact* | 0 | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **2a.** *Other sexual offenses involving forcible compulsion and inappropriate sexual contact* | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **2a.** *Other sexual offenses involving inappropriate sexual contact only* | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **3. Kidnapping** | | | | | | | | | | | | | | | |
| With weapon(s) | | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **4. Assault with Serious Physical Injury** | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |

1

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | | Number of Incidents | | How many enrolled student offenders were assigned or referred to: (Report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol /Drugs (h) | On School Transpor-tation (i) | Counseling or Treatment Programs (j) | Teacher Removal (Section 3214) (k) | Suspension From Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforce-ment or Juvenile Justice (o) |
| **5. Assault with Physical Injury** | | | | | | | | | | | | | | | |
| With weapon(s) | | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | 0 | 0 | | 0 | | | 0 | | | | | 0 | | 0 |
| **6. Robbery** | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | 0 | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **7. Arson** | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **8. Reckless Endangerment** | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | | | | | | | | | | | | | | |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **9. Criminal Harassment** | | | | | | | | | | | | | | | |
| With weapon(s) | | | | | | | | | | | | | | | |
| Without weapon(s) | | | | | | | | | | | | | | | |
| **Other Incidents: Report incidents that 1) involve weapons or 2) disrupt the educational process and are serious enough to lead to consequence listed above (k-o). (See instructions.)** | | | | | | | | | | | | | | | |
| **10. Intimidation, Harassment, Menacing or Bullying** | | | | | | | | | | | | | | | |
| With weapon(s) | 3 | 3 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Without weapon(s) | 0 | | | | | | | | | | | | | | |
| **11. Burglary, Larceny, or Other Theft Offenses** | | | | | | | | | | | | | | | |
| With weapon(s) | 0 | 0 | | 0 | | | | | | | | | | | |
| Without weapon(s) | | | | | | | | | | | | | | | |
| **12. Criminal Mischief** | | | | | | | | | | | | | | | |
| With weapon(s) | 7 | 7 | | 0 | | 0 | | | | | 0 | 7 | 0 | 0 | 7 |
| Without weapon(s) | 0 | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| **13. Bomb Threat** | 0 | | | | | | | | | | | | | | |
| **14. False Alarm** | 0 | | | 0 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 |
| **15. Other Disruptive Incidents** | 0 | | | | | | | | | | | | | | |
| **Incidents Involving Only Weapons Possession or Only Drugs or Alcohol (not reported in Categories 1-15)** | | | | | | | | | | | | | | | |
| **16. Weapons Possession Only** | 0 | | | | | | | | | | | | | | |
| Use, Possession, or Sale of Drugs or Alcohol Only | 2 | 2 | 0 | 0 | | | | 0 | 2 | 0 | 0 | 2 | 0 | 2 |

(IRS600–W–I/05ps)

2

## 2. Other Information Regarding Intimidation, Harassment, Menacing, or Bullying (not reported in Category 10)

Enter number of reports of alleged incidents of intimidation, harassment, menacing, or bullying of students or staff reported to the school principal or other school administrator responsible for student discipline by any source, such as a staff member, student, parent, or other concerned citizen, that did not result in a disciplinary action listed in Columns j-o of Item 1 of this form. Such incidents that did result in such a disciplinary action must be reported in Item 1, Category 10 of this form. ...........................................................................................................................................................................................................................

| | Number of Reports: |
|---|---|
| | 5 |

### Incidents Where the Offender is *Not* an Enrolled Student.

| Offender Category | How many staff or other offenders involved in a violent or disruptive incident were referred to: | | |
|---|---|---|---|
| | The School of Enrollment | Law Enforcement or Criminal Justice | Other Disciplinary Action |
| a. Staff (teachers, teachers aids, administrators, custodians, bus drivers, other personnel, etc.) | 0 | 0 | 0 |
| b. Other Offenders (not enrolled or employed in this school) | 0 | 2 | 0 |

### 4. Location, Time, and Nature of Incidents

Of the total number of incidents reported in Categories 1-17 above, how many incidents occurred/were:

a. on school property ...........................................................................................

b. at school-sponsored function off school grounds [ 0 ]

c. during regular school hours ...... [ 7 ]

d. before or after regular school hours [ 5 ]

e. gang related ............... [ 0 ]

f. bias related................. [ 0 ]

### 5. Other Information Regarding Incidents Involving Weapons

Enter the number of incidents reported in Categories 1-5, 7-12 and 16 involving each of the following weapons. ................................................................................................................

| | 1. Handguns | 2. Rifles/ Shotguns | 3. Other Firearms | 4. Knives | 5. Chemical/ Biological Agents | 6. Other Weapons |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |

| | General-education students | Students with disabilities |
|---|---|---|
| a. How many students were suspended for one year (180 school days) for bringing or for possessing a firearm at a public school? ........................ | — | — |
| b. How many students suspended for bringing a firearm to or possessing a firearm at a public school had their suspensions shortened to less than one year? ... | — | — |
| c. How many students reported in b were transferred to an alternative education program? ....... | — | — |
| d. How many students reported in c were transferred to an alternative education program? .......... | — | — |

(IRS600-W-I/05ps)

3

**6. Victims of Violent Criminal Offenses**

How many students were determined by the Superintendents of Schools to have been a victim of a violent criminal offense pursuant to the No Child Left Behind Act? ................................................................................................................................................................................... | 0 |

**Police or Safety Officer in the School**

|  | Yes | No |
|---|---|---|
| there a police officer or other safety officer present in your school on a regularly scheduled basis? .............................................. | X | |
| Did that officer provide information used to determine which incidents should be reported and in which categories they should be reported? ............... | | X |

School Contact Name (Print or Type): ___Steven Riback___

School Contact Signature: _____

Contact E-mail Address: ___SRiback@nrhs.nrcsd.org___

Phone: ___m845-942-3303___
       Area Code       Number

Fax: ___845-942-3516___
   Area Code      Number          Date: ___4/21/05___

4

http://eservices.nysed.gov/imf/institutionSelectionDA.do

2004-05 VADIR Summary Form
for North Rockland High School

BEDS Code: 500201060009

# 5002010060009-NORTH ROCKLAND HIGH SCHOOL

## 1. Violent and Disruptive Incidents

### Incidents Involving Physical Injury or the Threat of Injury.

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | Number of Incidents | | | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Programs (j) | Teacher Removal From Class or Activities (Section 3214) (k) | Suspension From Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforcement or Juvenile Justice (o) |
| **1. Homicide: conduct that results in the death of another person.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **2.1 Forcible Sexual Offenses: involving forcible compulsion.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **2.2 Other sexual offenses: involving inappropriate sexual contact (no forcible compulsion.)** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **3. Robbery: forcible stealing of property from a person by threatening the immediate use of physical force.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **4. Assault with Serious Physical Injury: intentionally or recklessly causing physical injury which creates substantial risk of death or serious disfigurement or impairment of health loss or impairment of the function of any bodily organ.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **5. Arson: deliberately starting a fire With intent to damage or destroy property.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | NA | NA | NA | | | | | | | | | |
| Without Weapon(s) | 0 | | | NA | NA | NA | | | | | | | | | |
| **6. Kidnapping: to abduct or restrain a person with intent to prevent his or her liberation.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |

Public Violence 2006

Page 3 of 9

**1 Cont. Violent and Disruptive Incidents**

5002010600009-NORTH ROCKLAND HIGH SCHOOL

| Incident Category | Number of Incidents (a) | Offenders: Students (b) | Staff (c) | Other (d) | Victims: Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) 3214 | Teacher Removal From Class or Activities (Section 3214)(k) | In-School Suspension (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforcement or Juvenile Justice (o) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *(How many enrolled student offenders were assigned or referred to: report all consequences)* | | | | | | | | | | | | | | | |
| **Incidents Involving Physical Injury or the Threat of Injury.** | | | | | | | | | | | | | | | |
| **7. Assault With Physical Injury: intentional or reckless act causing impairment of physical condition or substantial pain.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **8. Reckless Endangerment: subjecting individuals to danger by recklessly engaging in conduct that creates a grave risk of death or serious injury but no actual physical injury.** | | | | | | | | | | | | | | | |
| With Weapon(s) | | | | | | | | | | | | | | | |
| Without Weapon(s) | 2 | 6 | 2 | 1 | 2 | 0 | 0 | 2 | 2. | 6 | 0 | 0 | 2 | | 4 |
| **Other Incidents: Report incidents that 1) involve weapons or 2) disrupt the educational process and are serious enough to lead to consequence listed above (j-o). (See Instructions.)** | | | | | | | | | | | | | | | |
| **9. Minor Altercations (Assaults) involving physical contact and no physical injury.** | | | | | | | | | | | | | | | |
| With Weapon(s) | | | | | | | | | | | | | | | |
| Without Weapon(s) | 25 | 43 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 43 | | 0 |
| **10. Intimidation, Harassment, Menacing, or Bullying: no physical contact – intentionally placing another person in fear of imminent physical injury. Incidents that do not result in a consequence (j-o) should be reported in Item 2 page 3.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **11. Burglary: entering or remaining unlawfully on school property With Intent to commit a crime.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |

Public Violence 2006

# 500201060009-NORTH ROCKLAND HIGH SCHOOL

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | Number of Incidents | | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) | Teacher Removal From Class (Section 3214)(k) | Suspension From Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforcement or Juvenile Justice (o) |
| **12. Criminal Mischief; Intentional or reckless damaging of school property or the property of another person, including but not limited to vandalism and the defacing of property. With graffiti.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **13. Larceny, or Other Theft Offenses: unlawful taking and carrying away of personal property *With intent to deprive the rightful owner of property. Permanently or unlawfully *Withholding property from another.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 5 | 5 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 |
| **14. Bomb Threat: a telephoned, written or electronic message that a bomb, explosive or chemical or biological weapon has been or will be place on school property.** | 1 | 4 | 0 | 0 | NA | NA | NA | 0 | 0 | 4 | 0 | 0 | 4 | 0 | 4 |
| **15. False Alarm: falsely activating a fire alarm or other disaster alarm.** | 1 | 2 | 0 | 0 | NA | NA | NA | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |

PUBLIC VIOLENCE 2000

## 500201060009-NORTH ROCKLAND HIGH SCHOOL

| Incident Category | Number of Offenders | | | | Number of Victims | | | Number of Incidents | | How many enrolled student offenders were assigned or referred to (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Incidents (a) | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) | Teacher Removal From Class (Section 3214)(k) | Suspension From Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed Program (n) | Law Enforcement or Juvenile Justice (o) |

**16. Riot: four or more persons simultaneously engaging in tumultuous and violent conduct and thereby intentionally or recklessly causing or creating a grave risk of physical injury or substantial property damage or causing public alarm.**

| Incident Category | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| With Weapon(s) | 0 | | | | NA | NA | NA | | | | | | | | |
| Without Weapon(s) | 0 | | | | NA | NA | NA | | | | | | | | |

**Incidents Involving The Possession of Weapons, Drugs or Alcohol (not reported in Categories 1-16).**

**17. Weapons Possession**

| Incident Category | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | 1 | NA | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| **18. Use, Possession, or Sale of Drugs** | 1 | 1 | 0 | 0 | NA | NA | NA | NA | 0 | 1 | 0 | 0 | 1 | 0 | 1 |
| **19. Use, Possession, or Sale of Alcohol** | 4 | 4 | 0 | 0 | NA | NA | NA | NA | 0 | 4 | 0 | 0 | 4 | 0 | 0 |

**20. Other Disruptive Incidents: incidents involving disruption to the educational process serious enough to lead to consequence listed in (j-o). These incidents are in violation of the district of conduct.**

| Incident Category | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | | | | | | | | | | | | | |

500201060009-NORTH ROCKLAND HIGH SCHOOL

2. Other Information Regarding Intimidation, Harassment, Menacing, or Bullying (not reported in Category 10)

| | Number of Reports: |
|---|---|
| Enter number of reports of alleged incidents of intimidation, harassment, menacing, or bullying of students or staff reported to the school principal or other school administrator responsible for student discipline by any source, such as a staff member, student, parent, or other concerned citizen, that did *not* result in a disciplinary action listed in Columns j-o of Item 1 of this form. Do not include incidents reported in Category 10 | 3 |

7. Incidents Where the Offender is *Not* an Enrolled Student.

| Offender Category | How many staff or other offenders involved in a violent or disruptive incident were referred to: | | |
|---|---|---|---|
| | The School of Enrollment | Law Enforcement or Criminal Justice | Other Disciplinary Action |
| a. Staff (any paid employee of this school or district) | NA | 0 | 0 |
| b. Other Offenders (not enrolled in or employed by this district) | 1 | 1 | 0 |

## 5002010600009-NORTH ROCKLAND HIGH SCHOOL

### 4. Location, Time, and Nature of Incidents

Of the total number of incidents reported in Categories 1–20 above, how many incidents occurred/were:

| | | | |
|---|---|---|---|
| a. on school property | 40 | c. during regular school hours | 38 | e. gang related | 0 |
| b. at school-sponsored function off school grounds | 0 | d. before or after regular school hours | 2 | f. bias related | 0 |

**Note: The sum of a+b must equal the sum of c+d. Do not report item 2 counts here.**

Public Violence 2006

## 5002010600009-NORTH ROCKLAND HIGH SCHOOL

### 5. Other Information Regarding Incidents Involving Weapons

| | 1.Handguns | 2.Rifles/ Shotguns | 3.Other Firearms | 4.Knives | 5.Chemical/ Biological Agents | 6.Other Weapons |
|---|---|---|---|---|---|---|
| a. Enter the number of incidents reported in Categories 1-4, 6-13 16 and 17 involving each of the following weapons: | 0 | 0 | 0 | 1 | 0 | 0 |

| | General-education students | Students with disabilities |
|---|---|---|
| b. How many students were suspended for one year (180 school days) for bringing a firearm to or for possessing a firearm at a public school? | 0 | 0 |
| c. How many students suspended for bringing a firearm to or possessing a firearm at a public school had their suspensions shortened to less than one year? | 0 | 0 |
| d. How many students reported in b were transferred to an alternative education program? | 0 | 0 |
| e. How many students reported in c were transferred to an alternative education program? | 0 | 0 |

### 6. Victims of Violent Criminal Offenses

| | |
|---|---|
| How many students were determined by the Superintendents of Schools to have been a victim of a violent criminal offense pursuant to the No Child Left Behind Act? | 0 |

Public Violence 2006

50201060009-NORTH ROCKLAND HIGH SCHOOL

**7. Police or Safety Officer in the School**

| Is there a police officer or other safety officer present in your school on a regularly scheduled basis? | 1) Yes |
|---|---|
| If Yes above, Did that officer provide information used to determine which incidents should be reported and in which categories they should be reported? | 1) Yes |

**8. Contact Information**

| School Contact: | Steven Riback |
|---|---|
| Contact E-mail Address: | sriback@nrhs.nrcsd.org |
| Phone: | 8459423309 |
| Fax: | 8459423516 |
| Date: | 020806 |

http://eservices.nysed.gov/imf/institutionSelectionDA.do

Public Violence 2007

2005-06 VADIR Summary Form
for North Rockland H/S
BEDS Code: 500201060009

Page 1 of 9

PUBLIC VIOLENCE 2007

500201060009-NORTH ROCKLAND HIGH SCHOOL

Each incident must be reported in only one category. If the incident involves more than one category, report it in the category with the lowest category. For example, if an incident involves a robbery (category 3) and an assault with physical injury (category 7), then report the incident in category 3. Incidents in categories 1 through 8, 14, 15, 17, 18, and 19 must be reported regardless of whether the offender was disciplined or referred to law enforcement. Incidents in categories 9-13, 16, and 20 must be reported if the consequences result in a disciplinary or referral action listed in columns j-o. Incidents where the offender is not known, such as in a bomb threat or false alarm, must be reported nonetheless.

**. Violent and Disruptive Incidents**

Report duplicated counts of offenders and victims (i.e., offenders and victims must be counted each time they were involved in an incident).

| Incident Category | Number of Incidents (a) | Number of Offenders (Duplicated count) Offenders should be counted more than once if they commit more than one offense) | | | Number of Victims (Duplicated count; Victims should be counted more than once if they are victims of more than one offense) | | | Number of Incidents | | | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) | Teacher Removal from Class (Section 3214)(k) | Suspension (Section or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed. Program (n) | Law Enforcement or Juvenile Justice (o) |
| **1. Homicide: conduct that results in the death of another person.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **2.1 Forcible Sex Offenses: involving forcible compulsion.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **2.2 Other Sex Offenses: involving inappropriate sexual contact (no forcible compulsion).** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **3. Robbery: forcible stealing of property from a person by threatening the immediate use of physical force.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |

Public Violence 2007

5002010600009-NORTH ROCKLAND HIGH SCHOOL

## 1 Violent and Disruptive Incidents Report (Cont.)

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | Number of Incidents | | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) | Teacher Removal from Class (Section 3214)(k) | Suspension from Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed. Program (n) | Law Enforcement or Juvenile Justice (o) |
| **14. Assault with Serious Physical Injury:** intentionally or recklessly causing physical injury which creates substantial risk of death or serious disfigurement, or impairment of health loss, or impairment of the function of any bodily organ. | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **25. Arson:** deliberately starting a fire with intent to damage or destroy property. | 0 | | | | NA | NA | NA | | | | | | | | |
| **26. Kidnapping:** to abduct a person or restrain a person with intent to prevent his or her liberation. | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 |
| **27. Assault with Physical Injury:** intentional or reckless act causing impairment of physical condition or substantial pain. | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **28. Reckless Endangerment:** subjecting individuals to danger by recklessly engaging in conduct that creates a grave risk of death or serious injury but no actual physical injury. | | | | | | | | | | | | | | | |
| With Weapon(s) | | | | | | | | | | | | | | | |
| Without Weapon(s) | | | | | | | | | | | | | | | |
| **Other Incidents:** Report incidents that 1) involve weapons or 2) disrupt the educational process and are serious enough to lead to consequence listed above (j-o). (See instructions.) | | | | | | | | | | | | | | | |
| **9. Minor Altercations:** involving physical contact and no physical injury. | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 27 | 53 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 53 | 0 | 0 |

PUBLIC VIOLENCE 2007

5002010600009-NORTH ROCKLAND HIGH SCHOOL

Page 4 of 9

| Incident Category | Number of Incidents (a) | Number of Offenders | | | Number of Victims | | | Number of Incidents Involving Alcohol/Drugs (h) | On School Transportation (i) | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | | | Counseling or Treatment Programs (j) | Teacher Removal from Class (Section 3214) (k) | Suspension from Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed. Program (n) | Law Enforcement or Juvenile Justice (o) |
| **10. Intimidation, Harassment, Menacing, or Bullying: no physical contact – intentionally placing another person in fear of imminent physical injury. Incidents that do not result in a consequence (j–o) should be reported in Item 2 page 3.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | 0 | 0 | | 0 | 0 | | 0 | 0 | | 0 | 0 | | | |
| Without Weapon(s) | 10 | 10 | 0 | | 6 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 9 | 0 | 1 |
| **11. Burglary: entering or remaining unlawfully on school property with intent to commit a crime.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 0 | | | | | | | | | | | | | | |
| **12. Criminal Mischief: intentional or reckless damaging of school property or the property of another person, including, but not limited to, vandalism and the defacing of property with graffiti.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 7 | 7 | 0 | | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 6 |
| **13. Larceny or Other Theft Offenses: unlawful taking and carrying away of personal property with intent to deprive the rightful owner of property. Permanently or unlawfully withholding property from another.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | | | | | | | | | | | | |
| Without Weapon(s) | 81 | 17 | 0 | | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 17 |
| **14. Bomb Threat: a telephoned, written, or electronic message that a bomb, explosive, or chemical or biological weapon has been or will be placed on school property.** | 1 | 1 | 0 | | NA | NA | NA | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| **15. False Alarm: falsely activating a fire alarm or other disaster alarm.** | 0 | | | | NA | NA | NA | | | | | | | | |

## 50020106009-NORTH ROCKLAND HIGH SCHOOL

| Incident Category | Number of Offenders | | | | Number of Victims | | | Number of Incidents | | How many enrolled student offenders were assigned or referred to: (report all consequences) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Incidents (a) | Students (b) | Staff (c) | Other (d) | Students (e) | Staff (f) | Other (g) | Involving Alcohol/Drugs (h) | On School Transportation (i) | Counseling or Treatment Program (j) | Teacher Removal (Section 3214) (k) | Suspension from Class or Activities (l) | Out-of-School Suspension (m) | Transfer to Alternative Ed. Program (n) | Law Enforcement or Juvenile Justice (o) |
| **16. Riot: four or more persons simultaneously engaging in tumultuous and violent conduct and thereby intentionally or recklessly causing or creating a grave risk of physical injury or substantial property damage or causing public alarm.** | | | | | | | | | | | | | | | |
| With Weapon(s) | 0 | | | NA | NA | NA | | | | | | | | | |
| Without Weapon(s) | 0 | | | NA | NA | NA | | | | | | | | | |
| **17. Weapons Possession** | | | | | | | | | | | | | | | |
| Incidents Involving the Possession of Weapons, Drugs, or Alcohol (not reported in categories 1-16). | 6 | 6 | 0 | 0 | NA | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **18. Use, Possession, or Sale of Drugs** | 6 | 6 | 0 | 0 | NA | NA | NA | NA | 0 | 6 | 0 | 0 | 6 | 0 | 6 |
| **19. Use, Possession, or Sale of Alcohol** | 2 | 3 | 0 | 1 | NA | NA | NA | NA | 0 | 3 | 0 | 0 | 3 | 0 | 4 |
| **20. Other Disruptive Incidents: Incidents involving disruption to the educational process serious enough to lead to consequence listed in (j-o). These incidents are in violation of the district code of conduct.** | 45 | 43 | 0 | 2 | 0 | 0 | 45 | 0 | 0 | 0 | 0 | 32 | 0 | 13 | 0 | 0 |

## 50020106009-NORTH ROCKLAND HIGH SCHOOL

**2. Other Information Regarding Intimidation, Harassment, Menacing, or Bullying (not reported in category 10)**

| | Number of Reports: |
|---|---|
| Enter the number of reports of alleged incidents of intimidation, harassment, menacing, or bullying of students or staff reported to the school principal or other school administrator responsible for student discipline by any source, such as a staff member, student, parent, or other concerned citizen, that did not result in a disciplinary action listed in columns j-o of Item 1 of this form.  Do not include incidents reported in category 10 | 0 |

### Incidents Where the Offender is *Not* an Enrolled Student.

| Offender Category | The School of Enrollment | How many staff or other offenders involved in a violent or disruptive incident were referred to: | |
|---|---|---|---|
| | | Law Enforcement or Criminal Justice | Other Disciplinary Action |
| **a. Staff** (any paid employee of this school or district) | NA | 0 | 0 |
| **b. Other Offenders** (not enrolled in or employed by this district) | 0 | 2 | 0 |

### Location, Time, and Nature of Incidents

| Of the total number of incidents reported in categories 1–20 above, how many incidents occurred/were: | | | |
|---|---|---|---|
| a. on school property | 185 | c. during regular school hours | 185 | e. gang related | 0 |
| b. at a school-sponsored function off school grounds | 2 | d. before or after regular school hours | 2 | f. bias related | 0 |

**Note: The sum of a+b must equal the sum of c+d. Do not report item 2 counts here.**

Case 7:07-cv-08190-KMK     Document 1-2     Filed 09/19/2007     Page 22 of 24

5002010600009-NORTH ROCKLAND HIGH SCHOOL

5. Other Information Regarding Incidents Involving Weapons

| | 1.Handguns | 2.Rifles/ Shotguns | 3.Other Firearms | 4.Knives | 5.Chemical/ Biological Agents | 6.Other Weapons |
|---|---|---|---|---|---|---|
| a. Enter the number of incidents reported in categories 1-4, 6-13, 16, and 17 involving each of the following weapons: | 0 | 0 | 0 | 6 | 0 | 0 |

| | General-education students | Students with disabilities |
|---|---|---|
| b. How many students were suspended for one year (180 school days) for bringing a firearm to or for possessing a firearm at a public school? | 0 | 0 |
| c. Of the students in part b), how many had their suspensions shortened to less than one year? | 0 | 0 |
| d. How many students reported in b), were transferred to an alternative education program? | 0 | 0 |
| e. How many students reported in c), were transferred to an alternative education program? | 0 | 0 |

PUBLIC VIOLENCE 2007/

500201060009-NORTH ROCKLAND HIGH SCHOOL

## 6. Victims of Violent Criminal Offenses

| | |
|---|---|
| a. During the 2005-06 school year, how many students were determined by the Superintendent of Schools (or Chief Executive Officer of a charter school) to have been a victim of a violent criminal offense pursuant to the No Child Left Behind Act (regardless of when the offense took place)? | 0 |
| b. Of the students in part a), how many were given the opportunity to transfer to another school in the district, including a charter school? | 0 |
| c. Of the students in part b), how many accepted the transfer offer and enrolled in another school? | 0 |
| d. If the school has been identified by the State Education Department as a persistently dangerous school for 2005-06?<br><br>Has the school has been identified by the State Education Department as a persistently dangerous school | 2) No |
| | how many students were given the opportunity to transfer to a safe school—including a charter school—within the district or LEA during the 2005-06 school year? | — |
| e. Of the students in part d), how many accepted the transfer offer and enrolled in another school? | |

http://eservices.nysed.gov/imf/institutionSelectionDA.do

Public Violence 2007

500201060009-NORTH ROCKLAND HIGH SCHOOL

**7. Police or Safety Officer in the School**

Is there a police officer or other safety officer present in your school on a regularly scheduled basis? | 1) Yes

If Yes above, did that officer provide information used to determine which incidents should be reported and in which categories they should be reported? | 1) Yes

**8. Unduplicated Offender Count for Serious Incidents**

How many different individuals were offenders in all of the serious incidents (any incident in categories 1-8 plus incidents in categories 9-17 that involved a weapon? (Count each individual only once, even if he or she committed numerous offenses in one or more categories. Count unknown offenders as separate individuals.) | 6

**Superintendent Certifications**

| | |
|---|---|
| School Contact: | Brian Monahan |
| Superintendent E-mail Address: | bmonahan@nrcsd.org |
| Phone: | 8459423003 |
| Fax: | 8459423175 |
| Date: | 020507 |

Is the following statement true? Students eligible to transfer to another school within the district or LEA, including a charter school, because they were a victim of a violent criminal offense or because the school is on the list of persistently dangerous schools were offered an opportunity to transfer as required by law. (Your default answer should be "Yes" if no students were eligible for transfer as required by law.) ****Drop down is enabled for Superintendent | 1) Yes