# United States District Court

_____ DISTRICT OF _____

TASHANA CHAMBERS and LAWRENCE CHAMBERS

V.

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT, NORTH ROCKLAND CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DODGE R. WATKINS, BRIAN MONAHAN, DAGOBERTO ARTILES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 07 CIV. 8190

## JUDGE KARAS

TO: (Name and address of defendant)

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT
65 Chapel Street
Garnerville, NY 10923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feerick Lynch MacCartney, PLLC
By: Stephen P. Barry Esq.
96 South Broadway
Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

SEP 19 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 20, 2007 |
| NAME OF SERVER (PRINT) Magally Alpizar | TITLE |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: District Clerk, Sarah Lively, North Rockland Central School District, 65 Chapel St, Garnerville NY 10923

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 20, 2007
            Date                               Signature of Server

Nanuet, NY 10954
Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.