# United States District Court

_____ DISTRICT OF _____

TASHANA CHAMBERS and LAWRENCE CHAMBERS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT, NORTH ROCKLAND CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DODGE R. WATKINS, BRIAN MONAHAN, DAGOBERTO ARTILES

**07 CIV 8190**

**JUDGE KARAS**

TO: (Name and address of defendant)

BRIAN MONAHAN, in his individual and official capacity as Superintendent of North Rockland Central School District
65 Chapel Street
Garnerville, NY 10923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feerick Lynch MacCartney, PLLC
By: Stephen P. Barry Esq.
96 South Broadway
Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

SEP 1 9 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE<br>September 20, 2007 |
| NAME OF SERVER (PRINT)<br>Magally Alpizar | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: District Clerk, Sarah Lively, North Rockland Central School District, 65 Chapel St, Garnerville, NY 10923

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 20, 2007
            Date                          Signature of Server

Nanuet, NY 10954
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.