UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

TASHANA CHAMBERS and LAWRENCE
CHAMBERS,

                      Plaintiff,

      -against-

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT, NORTH ROCKLAND CENTRAL
SCHOOL DISTRICT BOARD OF EDUCATION,
DODGE R. WATKINS, BRIAN MONAHAN,
DAGOBERTO ARTILES,

                      Defendants.
---------------------------------------------------------------------X

ECF CASE

07 Civ. 8190 (KMK)

**APPEARANCE**

To the Clerk of this court and all parties of records:

    Enter my appearance as counsel in this case for

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT, NORTH ROCKLAND CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DODGE R. WATKINS, BRIAN MONAHAN, DAGOBERTO ARTILES.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
        October 10, 2007

                                      **RUTHERFORD & CHRISTIE, LLP**

                                      By: _____
                                      John S. Diaconis (JD 4772)
                                      300 East 42nd Street, 18th Floor
                                      New York, New York 10017
                                      (212) 599-5799

Schedule A

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT, NORTH ROCKLAND CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DODGE R. WATKINS, BRIAN MONAHAN, DAGOBERTO ARTILES.