UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TASHANA CHAMBERS and LAWRENCE
CHAMBERS,

                Plaintiff,

-against-

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT, NORTH ROCKLAND CENTRAL
SCHOOL DISTRICT BOARD OF EDUCATION,
DODGE R. WATKINS, BRIAN MONAHAN,
DAGOBERTO ARTILES,

                Defendants.
---------------------------------------------------------------X

ECF CASE

07 Civ. 8190 (KMK)

**STIPULATION AND ORDER**

RECEIVED OCT 11 2007 USDC-WP-SDNY

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys for all parties in the above-entitled action, that the defendants' time to answer or otherwise move is hereby extended to November 12, 2007. With the exception of Defendant Dodge Watkins, defendants accept service of process of the Summons and Complaint.

Dated: New York, New York
       October 10, 2007

**FEERICK LYNCH MACCARTNEY, PLLC**

_____Brady Marzolla_____ (1077)
By: Mary M. Marzolla, Esq.
Attorneys for Plaintiff
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

**RUTHERFORD & CHRISTIE, LLP**

_____
By: John S. Diaconis (JD 4772)
Attorneys for Defendants
300 East 42nd Street, 18th Floor
New York, New York 10017
(212) 599-5799

SO ORDERED:

_____
U.S. District Judge

October 12, 2007
White Plains, NY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____