UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    ECF CASE
TASHANA CHAMBERS and LAWRENCE
CHAMBERS,
                                                                 07 Civ. 8190 (KMK)
                    Plaintiff,
                                                                 **STIPULATION
    -against-                                                    AND ORDER**

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT, NORTH ROCKLAND CENTRAL
SCHOOL DISTRICT BOARD OF EDUCATION,
DODGE R. WATKINS, BRIAN MONAHAN,
DAGOBERTO ARTILES,

                    Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all parties in the above-entitled action, that the defendants' time to answer or otherwise move is hereby extended to November 12, 2007. With the exception of Defendant Dodge Watkins, defendants accept service of process of the Summons and Complaint.

Dated: New York, New York
       October 10, 2007


**FEERICK LYNCH MACCARTNEY, PLLC**          **RUTHERFORD & CHRISTIE, LLP**

By: Mary M. Marzolla, Esq. (1077)           By: John S. Diaconis (JD 4772)
Attorneys for Plaintiff                     Attorneys for Defendants
96 South Broadway                           300 East 42nd Street, 18th Floor
South Nyack, New York 10960                 New York, New York 10017
(845) 353-2000                              (212) 599-5799


SO ORDERED:

_____
~~Senior~~ U.S. District Judge
10/15/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____