UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TASHANA CHAMBERS and LAWRENCE      07 CIV. 8190 (KMK)
CHAMBERS,

                              Plaintiffs,

   -against-

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT, NORTH ROCKLAND CENTRAL      **NOTICE OF CHANGE**
SCHOOL DISTRICT BOARD OF EDUCATION,      **OF ADDRESS**
DODGE R. WATKINS, in his individual and official
capacity as former Superintendent of North Rockland
Central School District, BRIAN MONAHAN, in his
individual and official capacity as Superintendent of
North Rockland Central School District,
DAGOBERTO ARTILES, in his individual and official
capacity as Assistant Principal of the North Rockland
High School

                              Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that **RUTHERFORD & CHRISTIE, LLP**, attorneys for respondents, in the above captioned action, has moved its New York City office to 369 Lexington Avenue, 8th Floor, New York, New York 10017. Service of papers in the within action is to be made upon **RUTHERFORD & CHRISTIE, LLP,** at its new address.

Dated: New York, New York
       February 14, 2008

                                       RUTHERFORD & CHRISTIE, LLP

                                       By: _____
                                          Lewis R. Silverman (LS 9723)
                                          Attorneys for Defendants
                                          369 Lexington Avenue, 8th Floor
                                          New York, New York 10017
                                          (212) 599-5799

TO:  FEERICK LYNCH MacCARTNEY, PPLC
     Attorneys for Plaintiffs
     96 South Broadway
     South Nyack, New York 10960
     (845) 353-2000

## AFFIDAVIT OF SERVICE VIA MAIL

STATE OF NEW YORK        }
                                              ss.:
COUNTY OF NEW YORK    }

    **Chloe Garcia**, being duly sworn, deposes and says:

    Deponent is not a party to the within action, is over 18 years of age and resides in Queens, New York, Queens County.

    That on the 14th day of February, 2008, deponent served the within **Notice of Change of Address,** upon:

FEERICK LYNCH MacCARTNEY, PPLC
Attorneys for Plaintiffs
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

in this action, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Chloe Garcia

Sworn to before me on this
14th day of February, 2008

_____
NOTARY PUBLIC

LEWIS R. SILVERMAN
Notary Public, State of New York
No. 02SI5049718
Qualified in Westchester County
Commission Expires Sept. 18, 20__