UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TASHANA CHAMBERS and LAWRENCE
CHAMBERS,

      Plaintiffs,

        -against-

NORTH ROCKLAND CENTRAL SCHOOL
DISTRICT, NORTH ROCKLAND CENTRAL
SCHOOL DISTRICT BOARD OF EDUCATION,
DODGE R. WATKINS, in his individual and official
capacity as former Superintendent of North Rockland
Central School District, BRIAN MONAHAN, in
his individual and official capacity as
Superintendent of North Rockland Central
School District, DAGOBERTO ARTILES, in his
individual and official capacity as Assistant Principal of
the North Rockland High School,

      Defendants.
-------------------------------------------------------------------X

NOTICE OF APPEARANCE

DOCKET NO.:
07 CIV 8190 (KMK)

To the Clerk of this Court and all parties of records:

    Enter my appearance as counsel in this case for the Plaintiff's TASHANA CHAMBERS and LAWRENCE CHAMBERS.

    I certified that I am admitted to practice in this court.

Dated: South Nyack, New York
       April 17, 2008

                Yours, etc.

                FEERICK LYNCH MacCARTNEY, PLLC

                By: Mary E. Brady Marzolla (1077)
                    Attorneys for Plaintiff
                    96 South Broadway
                    South Nyack, New York 10960
                    (845) 353-2000

TO: Rutherford & Christie LLP
369 Lexington Avenue, 8th Floor
New York, NY 10017
Attention: Lewis Silverman, Esq.

## CERTIFICATE OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF ROCKLAND           )

    I, VALERIE DRUMMOND, being sworn, says: I am not a party to the action, am over 18 years of age and reside at Rockland County, New York.

    I hereby certify that On April 17, 2008 I served the within NOTICE OF APPEARANCE by placing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Rutherford & Christie LLP
369 Lexington Avenue, 8th Floor
New York, NY 10017
Attention: Lewis Silverman, Esq.

_____
VALERIE DRUMMOND

Sworn to before me on the
17th day of April, 2008

_____
Notary Public

ANNMARI DONOVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DO4847762
Qualified in Rockland County
My Commission Expires April 14, 20 10